249 So.2d 920

**Parey P. BRANTON and John G. Schweg-
mann, Plaintiffs-Respondents,**

**v.**

**STATE BOND AND TAX BOARD, Defend-
ant-Respondent-Appellee (Village of Shong-
aloo, Intervenor-Appellant, August J. La
Nasa, Intervenor-Relator, Martha G. Rob-
inson and John J. Watermeier, Jr., Inter-
venors-Respondents).**

Nos. 51413, 51430.

May 25, 1971.

Rehearing Denied June 11, 1971.

▮▮▮▮▮▮▮▮▮▮▮▮

Richard C. Cadwallader, Jonathan C.
Harris, Curtis K. Stafford, Jr., Baton
Rouge, for plaintiffs-appellees-appellants-
respondents.

Bernstein & Bach, Joseph Bernstein,
New Orleans, for intervenor.

Benton & Moseley, Fred G. Benton, Sr.,
Fred G. Benton, Jr., Baton Rouge, for
amicus curiae.

Lemle, Kelleher, Kohlmeyer, Matthews &
Schumacher, Harry B. Kelleher, New Or-
leans, Durrett, Hardin, Hunter, Dameron
& Fritchie, Calvin E. Hardin, Jr., Baton
Rouge, Foley, Judell, Beck, Morel & Bew-
ley, Harold B. Judell, Calogero & Kron-
lage, Pascal F Calogero, Jr., New Orleans,
Melvin Bellar, Asst. Atty. Gen., for de-
fendants.

TATE, Justice.

The present action was consolidated for
trial and for consideration on review by
this court with two companion suits: Ab-
bott v. Parker, 259 La. 279, 249 So.2d 908
(rendered this same date); and Schweg-
mann v. Parker, 259 La. 315, 249 So.2d 921
(rendered this same date).

The present is a proceeding by two reg-
istered voters, who are owners of real
property, taxpayers, and legislators of
Louisiana. By this suit they principally
question, as invalid and ill-considered, the
action of the State Bond and Tax Board in
approving the $113 million of Second Se-
ries bonds issued by the Louisiana Stadium
and Exposition District in connection with
the construction of the domed stadium in
New Orleans.

The trial court dismissed the suit. Un-
der our supervisory jurisdiction immediate
review was granted to one of the interve-
nors (LaNasa) on behalf of the plaintiffs,
so as to determine at once all issues raised
and argued in connection with the *Abbott*
case, above cited.

*Decree.*

For the reasons set forth in the cited
*Abbott* decision, we find that the judgment

of the trial court correctly dismissed this suit. The plaintiffs and intervenors are to pay the costs of these proceedings, except as exempted by law.

Affirmed.